| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-cr-24 |
| v. ) | |
| ) | MATTICE / LEE |
| TERESA AYALA-ROSALES ) | |
| ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the three-count Superseding Indictment (2) accept Defendant's plea of guilty to Counts One, Two and Three of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment; and (4) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter without objection [Doc. 27]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 27] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)    Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the Superseding Indictment is **GRANTED**;

    (2)    Defendant's plea of guilty to Counts One, Two and Three of the Superseding

Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment;

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter without objection which is scheduled to take place on **Monday, March 22, 2010 at 9:00 a.m.** [EASTERN] before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　　　*/s/Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE